UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | ED CV 19-1610-DMG (SHKx) | Date | December 18, 2019 |
| Title | *Sequoia Concepts Inc dba Sequoia Financial Services v. Wendlin R Ringel* | Page | 1 of 1 |

Present: The Honorable **DOLLY M. GEE, UNITED STATES DISTRICT JUDGE**

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS - ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR LACK OF SUBJECT MATTER JURISDICTION**

On August 26, 2019, Plaintiff Sequoia Concepts, Inc. ("Sequoia") filed a Verified Complaint against Defendant Wendlin R Ringel. [Doc. # 1.] On December 12, 2019, Sequoia filed an Application for Default Judgment. [Doc. # 16.]

The Complaint contains one cause of action for renewal of judgment pursuant to Federal Rule of Civil Procedure 69 and California Code of Civil Procedure section 683.050 for the principal sum of $9,652.84, post-judgment interest in a sum subject to proof of not less than $25,000, and costs. Compl. at 4 [Doc. # 1]. The Complaint does not contain an adequate statement of jurisdiction, as it is not clear that this claim arises under a federal question or that the claim and parties satisfy diversity jurisdiction requirements. *See* 28 U.S.C. §§ 1331, 1332.

Therefore, Sequoia is **ORDERED TO SHOW CAUSE** why this action should not be dismissed for lack of subject matter jurisdiction. Sequoia shall file its response on or before **December 30, 2019**. Sequoia's Application for Default Judgment will be set for a hearing at a later date, if necessary.

**IT IS SO ORDERED.**